UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FEDERAL TRADE COMMISSION,

        Plaintiff,

v.                              CASE NO. 8:08-CV-899-T-17MAP

USA FINANCIAL, LLC,
et al.,

        Defendants.

_____/

ORDER

This cause is before the Court on:

Dkt. 29 Motion for Living Expenses
Dkt. 30 Memorandum
Dkt. 31 Declaration
Dkt. 37 Response
Dkt. 65 Report and Recommendation

This case is an action under Secs. 13(b) and 19 of the Federal Trade Commission Act, 15 U.S.C. Secs. 539b) and 57b, and the Telemarketing and Consumer Fraud and Abuse Prevention Act, 15 U.S.C. Secs. 6101-6108.

The Court entered a Temporary Restraining Order and appointed a Receiver (Dkt. 10), and has entered a Stipulated Preliminary Injunction (Dkt. 74).

Defendant John F. Buschel, Jr. requests that the Court release funds from the assets frozen by the TRO. The Federal Trade Commission filed a response in opposition to Defendant's Motion.

Case No. 8:08-CV-899-T-17MAP

The assigned Magistrate Judge conducted a hearing (Dkt. 51) and issued a Report and Recommendation on Defendant Buschel's Motion for Living Expenses, in which it is recommended that the Court release those assets located in the current Wachovia bank account on behalf of Consumer Trust Financial; that Defendant should identify by specific account number the account held by Consumer Trust Financial at Wachovia Bank; and all other assets should remain frozen pursuant to the terms of the TRO.

The Report and Recommendation was filed on July 21, 2008. Defendant Buschel has now submitted the specific account numbers for accounts on behalf of Consumer Trust Financial. No objection to the Report and Recommendation (Dkt. 74) has been filed. After consideration, the Court adopts and incorporates the Report and Recommendation by reference. Accordingly, it is

**ORDERED** that the Report and Recommendation is **adopted** and incorporated by reference. The Motion for Living Expenses is **granted** in part and **denied** in part. The Court **releases** from the Temporary Restraining Order and Preliminary Injunction the assets in the current Wachovia bank accounts on behalf of Consumer Trust Financial. Apart from the release of the Wachovia bank accounts held on behalf of Consumer Trust Financial, the Motion for Living Expenses is **denied**.

Case No. 8:08-CV-899-T-17MAP

    DONE and ORDERED in Chambers, in Tampa, Florida on this 6th day of August, 2008.

                                    ELIZABETH A. KOVACHEVICH
                                    United States District Judge

Copies to:
All parties and counsel of record